**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.

**F I L E D**

FEB 1 6 2021

AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Megen A. Rogers Plaintiff(s)

vs.

Pfizer

Defendant(s)

)
)
)
)
)
)
)
)

Civil Case No.: 5:21-cv-176(GLS/TWD)

**COMPLAINT FOR**
**EMPLOYMENT**
**DISCRIMINATION**
**BASED UPON AGE**

Plaintiff(s) demand(s) a trial by: [X] JURY   [X] COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.   Jurisdiction is conferred on this court pursuant to 29 U.S.C. §§ 626(c)(1).  If the plaintiff is
     a **federal** employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

## PARTIES

2. a.  Plaintiff:  Megen A. Rogers

   Address:  229 Duane Street

   Syracuse, NY 13207

   b.  Plaintiff:  _____

   Address:  _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: _Pfizer_

Official Position: _Vaccine_

Address: _235 E 42nd St._

_NY, NY 10017_

b.  Defendant: _Cuomo Fauci/CDC_

Official Position: _____

Address: _National —_

Additional Defendants may be added on a separate sheet of paper.

4.  This action is brought pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634(b), as amended, for employment discrimination based on age.

5.  Venue is invoked pursuant to 28 U.S.C. § 1391.

6.  The conduct complained of in this action involves:

(A)  ☒  Failure to employ

(B)  ☐  Termination of employment

(C)  ☐  Failure to promote

(D)  ☐  Unequal terms and conditions of employment

(E)  ☒  Reduction in wages

(F)  ☐  Retaliation

(G)  ☐  Other acts as specified below:

_____

_____

b.   Defendant:         Biontech

Official Position:    Vaccine

Address:           Germany Hursey

Mainz Rhineland-Palatinate

Germany

c.   Defendant:         Cuomo

Official Position:    Governor

Address:           NYS State Capitol Building

NYS State

Albeny, NY 12224

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

Note:   **You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

- Vaccine proposal
- Computer documents
- Social media sites
- Endless hours of studying

5.                    **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

4 million

_____

_____

_____

_____

### SECOND CAUSE OF ACTION

10 million

_____

_____

_____

_____

### THIRD CAUSE OF ACTION

20 million

_____

_____

_____

_____

6. **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

   Payment between 4 - 20 million.

   _____

   _____

   _____

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED: 2|11|21

   _____
   Signature of Plaintiff(s)
   (all Plaintiffs must sign)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

Mejen Rages    Plaintiff(s)    )
                               )
                               )
        vs.                    )
                               )
     PAur                      )
              Defendant(s)     )
_____

Civil Case No.:

**COMPLAINT PURSUANT**
**TO THE AMERICANS**
**WITH DISABILITIES ACT**

| Plaintiff(s) demand(s) a trial by: _____ JURY _____ COURT   (Select **only** one). |
| --- |

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1.    This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 _et seq.,_ as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

### PARTIES

2. a.    Plaintiff:   Mejen Rages _____

      Address:   22 y Duane Street _____

            Syracuse, NY   13207 _____

      _____

 b.  Plaintiff:   _____

      Address:   _____

      _____

      _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: _____

            Official Position: _____

            Address: _____

                     _____

                     _____


      b.    Defendant: _____

            Official Position: _____

            Address: _____

                     _____

                     _____


Additional Defendants may be added on a separate sheet of paper.


4.    My disability is as follows:

      _____ Mean people , outspoken

      Aries - Allergies _____

      _____

      _____

      _____

      _____

      _____

7.    **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

   _- Element 13!_

   _-Phosphate -_

   _Phosphorus -_

   I declare under penalty of perjury that the foregoing is true and correct.

DATED: _2/16/21_

_(signature)_

Signature of Plaintiff(s)
(all Plaintiffs must sign)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Megan Rogers **Plaintiff(s)** | ) ) ) | Civil Case No.: |
| vs. Pfizer | ) ) ) | **CIVIL RIGHTS COMPLAINT** |
| **Defendant(s)** | ) ) | **PURSUANT TO 42 U.S.C. § 1983** |

Plaintiff(s) demand(s) a trial by: _____ JURY   _X_ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.  This is a civil action seeking relief and/or damages to defend and protect the rights
    guaranteed by the Constitution of the United States. This action is brought pursuant to 42
    U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331,
    1343(3) and (4) and 2201.

## PARTIES

2.  Plaintiff: Megan Rogers

    Address: 229 Duane Street

    Syracuse, NY 13207

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: Pfizer

        Official Position: Vaccine Distributor

        Address: 235 E 42nd Street

        New York, New York

        10017

b.   Defendant: _____

Official Position: _____

Address: _____

_____

_____

c.   Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

As soon as the virus was in America, I began studying it to find a cure. Posted on my twitter march 25th, 2020. Instagram- April 9th, 2020. With no progress I finally fixed NY governor Andrew Cuomo on October 12th. November 9th. Pfizer "Suddenly" has a vaccine.

5.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

6 million dollars

### SECOND CAUSE OF ACTION

10 Million dollars

### THIRD CAUSE OF ACTION

20 million dollars

6.     **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

I deserve credit for partial of the vaccine and minimum of 6 million dollars.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2/6/2020

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

# FACTS

7.    Set forth the facts of your case which substantiate your claim of discrimination.  List the events in the order they happened, naming defendants involved, dates and places.

> **Note:**  Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.
>
> You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.
>
> The facts surrounding my claim of discrimination are:

- No emails returned
- No phone calls
- she wouldn't even look at my paper.
     - called sheriff
          - document - Malloy Rd.

8.    (a)    My year of birth is 1982 .

    (b)    My age at the time of the alleged discriminatory act was: 38 .

9.    I filed charges with the New York State Division on Human Rights or the New York City Commission on Human Rights regarding the alleged discriminatory acts on or about:

                    10/20 - 2/21 , 20 ___
                           (Date)

10.    I filed a Notice of Intent with the Equal Employment Opportunity Commission on or about:

                    _____ , 20 ___
                        (Date)

11.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

_____, 20 _____
(Date)

12.   The plaintiff is an employee within the meaning of 29 U.S.C. § 630(f).

13.   The plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

14.   The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 29 U.S.C. § 630(b) (c) and (d).

15.   The defendant(s) is (are) engaged in commerce within the meaning of 29 U.S.C. § 630(h).

16.   In accordance with 29 U.S.C. § 626(d) and § 633(b), more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the New York State Division of Human Rights, the New York City Commission on Human Rights or the Equal Employment Opportunity Commission.

17.   If plaintiff is a **federal** employee and has not filed a complaint with the Equal Employment Opportunity Commission, in accordance with 29 U.S.C. § 633a(d) a thirty (30) day Notice of Intent to File this action must been given to the Equal Employment Opportunity Commission before an action may be brought in this Court.

18.   **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

_September → Present_

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: ___2/U/21___

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Megen Rogers )  Plaintiff(s)
vs.
Pfizer )  Defendant(s)

Civil Case No.:

**CIVIL COMPLAINT**
**PURSUANT TO**
**TITLE VII OF THE**
**CIVIL RIGHTS ACT,**
**AS AMENDED**

Plaintiff(s) demand(s) a trial by: _____ JURY _____ COURT   (Select **only** one).

## JURISDICTION

1. Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2. Plaintiff: Megen Rogers

   Address: 229 Duane Street
   Syracuse, NY 13207

Additional Plaintiffs may be added on a separate sheet of paper.

3. a.  Defendant: Pfizer

   Official Position: Vaccine Distributor

   Address: 235 E 42nd Street
   NY, NY 10017

b.   Defendant: _____

Official Position: _____

Address: _____

_____

_____

4.   This action is brought pursuant to:

__X__ Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.,* and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

_____ Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5.   Venue is invoked pursuant to 28 U.S.C. s 1391.

6.   Defendant's conduct is discriminatory with respect to the following (check all that apply):

(A)   _____ My race or color.
(B)   _____ My religion.
(C)   __X__ My sex (or sexual harassment).
(D)   _____ My national origin.
(E)   _____ My pregnancy.
(F)   _____ Other: _____.

7.   The conduct complained of in this action involves:

(A)   _____ Failure to employ.
(B)   _____ Termination of employment.
(C)   _____ Failure to promote.
(D)   __X__ Unequal terms and conditions of employment.
(E)   _____ Reduction in wages.
(F)   _____ Retaliation.
(G)   _____ Other acts as specified below:

_____

_____

8.                                    **FACTS**

Set forth the facts of your case which substantiate your claims.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

I have tried to settle this through
phone/ email/ fax and Linked in.
Nobody has had the decency to
call, email or text back.

9.                           **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

6 million

## SECOND CAUSE OF ACTION

10 million

## THIRD CAUSE OF ACTION

20 million

10.  I filed charges with the New York State Division on Human Rights, the New York City
     Commission on Human Rights or Equal Employment Opportunity Commission regarding
     the alleged discriminatory acts on or about:

     _____

     (Provide Date)

11.  The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
     (**copy attached**) which was received by me on or about:

     _____

     (Provide Date)

12.  The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13.  The defendant(s) is (are) an employer, employment agency, or labor organization within
     the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14.  The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C.
     § 2000e(g).

15.   **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

   Credit / partial for covid 19
   vaccine.

   I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2/6/2021

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_Mejen Rogers_ Plaintiff(s) )
)
)
vs. )
)
_Pfier_ )
Defendant(s) )

Civil Case No.:

**_BIVENS_**
**ACTION**

| Plaintiff(s) demand(s) a trial by: ____ JURY __X__ COURT   (Select **only** one). |

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1.   This is a civil action brought pursuant to _Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics_, 403 U.S. 388 (1971).  The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

### PARTIES

2. a.   Plaintiff: _____

   Address: _____

   _____

   _____

   Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant: _____

   Official Position: _____

   Address: _____

   _____

   _____

## IMPORTANT REMINDERS

- When you submit papers to the Court, you must also serve a copy on every party in the action. Local Rule ("L.R.") 5.1(a).

- You must immediately notify the Court of any change of address. L.R. 10.1(c)(2). Your failure to notify the Court of a change of address may result in the involuntary dismissal of your case for failure to prosecute. Fed. R. Civ. P. 41(b); L.R. 41.2(b).

- Unless the Court specifically directs otherwise, you should not file discovery materials (for example, interrogatories and document requests) with the Court except as necessary to support a motion. L.R. 26.2.

- If your opponent files a motion and you fail to oppose it, and the moving party has met its burden, the Court may consider your failure to oppose the motion as your consent to the relief requested in that motion. L.R. 7.1(a)(3).

- If your opponent files a motion for summary judgment, it shall contain a Statement of Material Facts. Among other things, you must respond to this Statement of Material Facts by admitting and/or denying each fact asserted therein supported with a record citation. If you do not so respond, the Court will deem that you have admitted your opponent's Statement of Material Facts, which could result in the Court viewing the facts very favorably to the opposing party. L.R. 7.1(b)(3), L.R. 56.1.

- Personal Privacy Protection: It is the obligation of parties to redact, or file under seal, documents which include social security numbers or taxpayer identification numbers, names of minor children, names of victims, dates of birth, financial account numbers, home addresses, driver's license numbers, medical records, employment history, and individual financial information. Fed.R.Civ.P. 5.2; L.R. 5.2.

## ENCLOSURES

- Copy of the Local Rules of Practice for the Northern District of New York

- Copy of the *Pro Se* Handbook for the Northern District of New York

- Forms are available on our website at www.nynd.uscourts.gov

Thank you.

Acknowledgement of Receipt: _____

_____
Party Signature

Date _____

_____
Deputy Clerk

If not handed out at Public Counter – date this Notice was mailed: _____.

5.   The conduct complained of in this action involves:
     (Check all that apply)

      (A)     _____    Failure to employ.

      (B)     _____    Termination of employment.

      (C)     _____    Denial of participation in public service or program.

      (D)     _____    Failure to make alterations to accommodate disability.

      (E)     __X__    Retaliation.

      (G)     _____    Other acts as specified below:

_____

*on who?*

_____

6.                                **FACTS**

On the following page, set forth the facts of your case which substantiate your claim of discrimination.  List the events in the order they happened, naming defendants involved, dates and places.

**Note:** Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

You may use additional sheets as necessary.

—the vaccine was manuked in Germany
Turkey. (my ethnicity)

—Germany established the vaccine!

**AFFIDAVIT OF SERVICE BY MAIL**

State of New York          :

                                          SS:
County of _New York_      :

    I, _Megan Rogers_ , being duly sworn, deposes and says: that I am the

plaintiff herein and served a copy of the following document(s):

_____2_____ (Specify document(s)

on     _Fauci / CDC / Andrew Cuomo_ (Name of person/Addressee)

at:     _via Fox &_ (Address to which document(s)

         _phone call_ were sent)

by mailing and depositing a true and correct copy of said document(s) in a mailbox located

at: _229 Duane Street. Syracuse, NY 13207_

on the following date: _2/10/2021_ .

    I declare under penalty of perjury that the foregoing is true and correct.

DATED: _2/10/21_                     _Megan Rogers_

                                              Signature of Plaintiff

Sworn to before me this _____ day of _____, _____.

_____
Notary Public

FORM J (1)

## CERTIFICATE OF SERVICE BY MAIL

State of New York                    :

SS:

County of _Onondaga_   :

I, _Megen Regas_ , hereby certify that I am the plaintiff herein and

served a copy of the following document(s):

_Vaccine and proposal_ _____ (Specify document(s)

on _____ _twitter_ _____ (Name of person/Addressee)

at: _____ _Facebook_ _____ (Address to which document(s)

_____ _Instagram_ _____ were sent)

by mailing and depositing a true and correct copy of said document(s) in a mailbox located

at: _224 Duane Street, Syracuse, NY 13207_

on the following date: ____

I certify that the foregoing is true and correct.

DATED:                                _Megen Regas_ _____

                                      Signature of Plaintiff

FORM J (2)