**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**MEGAN ROGERS,**

               **Plaintiff,**           5:21-cv-176
                                                        (GLS/TWD)
      v.

**PFIZER et al.,**

               **Defendants.**

**APPEARANCES:**                       **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Megan Rogers
*Pro Se*
229 Duane Street
Syracuse, NY 13207

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Thérèse Wiley Dancks, duly filed April 9, 2021. (Dkt. No. 6.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections[1] having been filed, and the court having reviewed the R&R for clear error, it is hereby

---

[1] During the time period in which objections were due, plaintiff filed a letter, dated April 22, 2021. (Dkt. No. 7.) It is unclear what, if any, relief plaintiff seeks by way of that letter, but the court does not construe the letter as objections to the R&R.

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 6) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE AND WITH LEAVE TO AMEND**; and it is further

**ORDERED** that plaintiff may file an amended complaint within **thirty (30) days** of the date of this Order; and it is further

**ORDERED** that, if plaintiff files an amended complaint in the time permitted, the amended complaint will be referred to the Magistrate Judge for further review; and it is further

**ORDERED** that any such amended complaint will supersede and replace in its entirety the previous complaint and that no portion of any prior complaint shall be incorporated into the amended complaint by reference; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint in the time permitted, the Clerk is directed to enter judgment without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

April 27, 2021
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge