**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**MEGAN ROGERS,**

                **Plaintiff,**                5:21-cv-176
                                                          (GLS/TWD)
            v.

**PFIZER et al.,**

                **Defendants.**

**APPEARANCES:**                         **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Megan Rogers
*Pro Se*
229 Duane Street
Syracuse, NY 13207

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Thérèse Wiley Dancks, duly filed June 9, 2021. (Dkt. No. 14.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

Plaintiff *pro se* Megan Rogers filed a document in response to the R&R. (Dkt. No. 15.) But that document, much like the amended complaint, is not cogent, and it makes no specific objection to the R&R. The court has

reviewed the R&R for clear error, see *Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-6 (N.D.N.Y. Jan. 18, 2006), and finds none. Accordingly, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 14) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's amended complaint (Dkt. No. 13) is **DISMISSED**; and it is further

**ORDERED** that the clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

July 14, 2021
Albany, New York

Gary L. Sharpe
U.S. District Judge